# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE: )
)
Ryan Bao Ly, ) Bankruptcy No. 12 B 02383
)
       Debtor(s) )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  July 25, 2013 at 10:30 a.m.  in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Michael K Desmond, is to appear and provide a status at that time.

ENTER:

_Jack B. Schmetterer_
United States Bankruptcy Judge

Date:  JUN 0 4 2013

In re: Ryan Bao Ly
Bankruptcy No. 12 B 02383

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013 , I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
Michael K Desmond
mkd.trustee@fslegal.com


*Debtor's Attorney*
Joseph Q. Lou
Court@Josephlou.com


*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov


### Served through First Class Mail

*Debtor(s)*
Ryan Bao Ly
4857 W. Argyle, Lower Level
Chicago, IL 60630